(INND Rev. 8/16)


-FILED-
SEP 17 2019
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Janay M Cox
_____,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Citibank N.A.
_____,
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  **2 · 19CV 349**

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br>Citibank N.A. | P.O Box 6191<br>Sioux Falls, SD<br>57117-6191 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is your address? 7420 Chestnut Ave , Hammond, IN, 46324

3. What is your telephone number: (708) 491-3613

4. Have you ever sued anyone for these exact same claims?

   ☑ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. May 14th, 2019, I discovered erroneous and derogatory credit reports by Citibank . May 16th 2019 I sent Citibank N.A. four separate letters by U.S. Mail with certified tracking asking for validation of each separate account.( Documents 1-4) Citibank confirmed receipt by responding May 20th, 2019. Citibank's correspondence informed me that " after review of my loan account updates were issued to Experian, Equifax and Transunion to remove credit reporting for loans 20, 21, and 22 originating with Citibank .( Document 5) No further explanation was given & my documentation request was denied. Citibank has caused me injury by misrepresenting my character inaccurately reporting to the CRAs and not removing loans after seven years. I seek monetary compensation . May 28th, 2019,  I received correspondence from Citibank ( Doc. 6) confirming receipt of my validation request but to further assist me more information was needed They attached a copy of my letter minus one original page I sent. May 28th,2019 I mailed validation of these loans notice of their errors to Equifax ,Experian ,Transunion and Citibank. ( See documents 7-11) Citibank N.A reported these loans for eleven years to the CRAs . In their correspondence June 6th , 2019, Citibank explained the loans were removed due to the date of their first delinquency being more than seven years ago. ( See document 12) This clearly displays Citibank's errors and  damage by not removing the loans when they were sold or when seven years passed from the date of the first delinquency. Once the loans were removed from my credit , my score increased immediately . July 19th,2019 I submitted a a complaint to the CFPB ( See document 13) August 12th, 2019 I mailed correspondence to Citibank N.A. CC Terri Schouwenburg ,pertaining to our phone conversation Aug 8th,2019

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

( Document 14) I thoroughly explained Citibank N.A's violations and what I thought would be reasonable compensation for damages I have suffered . Had I not inquired about these loans they would have remained on my credit I am demanding compensation in the amount of $85,000.00, My financial freedom has been impacted resulting In the denial of housing, denial of credit lending opportunities ,denial of employment and higher interest rates

(Document 15 ) I request a Trial by Jury

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

- ☑ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

I seek a reasonable and fair judgment against defendant for willful noncompliance

$1,000 per error for statutory damages = $46,000.00  Actual damages = $39,737.00 (2017 AGI

$18,403 - TSA Agent Salary $58,240.00 ) Punitive Damages = $50,000 or 3x damage award

Permanent injunction against the Defendant from reporting derogatory information to CRAs

Permanent injunction against Defendant for selling this alleged debt to any other party ,

**FILING FEE** – Are you paying the filing fee?

- ◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

- ___ I will keep a copy of this complaint for my records.
- ___ I will promptly notify the court of any change of address.
- ___ I declare **under penalty of perjury** that the statements in this complaint are true.

_____        9/17/2019
Signature                                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]